AO 442 (Rev. 01/09) Arrest Warrant

25371-076

# UNITED STATES DISTRICT COURT
### for the
### Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>JASON WAYNE AUTRY<br>*Defendant* | Case No. 1:20-CR-10063-STA |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JASON WAYNE AUTRY
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☑ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §922 (g)(1), Felon in possession of a firearm
18 U.S.C. §924 (e), Armed Career criminal enhancement

Date: 09/29/2022

_____
*Issuing officer's signature*

City and state: Memphis, Tennessee

THOMAS M. GOULD - United States Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/29/22, and the person was arrested on *(date)* 12/11/20
at *(city and state)* Shelby Cty Corrections

Date: 10/21/22

_____
*Arresting officer's signature*

IA via video

_____
*Printed name and title*