# UNITED STATES DISTRICT COURT

WESTERN  DISTRICT OF  TENNESSEE

USA

V.

JASON AUTRY

**EXHIBIT AND WITNESS LIST**

Case Number:  1:20-cr-10063-STA

| PRESIDING JUDGE<br>District Judge S. Thomas Anderson | PLAINTIFF'S ATTORNEY<br>Beth Boswell, Josh Morrow | DEFENDANT'S ATTORNEY<br>Kevin Whitmore |
|---|---|---|
| TRIAL DATE (S)<br>Sentencing- 6/24/2024 | COURT REPORTER<br>K. Heasley | COURTROOM DEPUTY<br>M. Bryson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 6/24/2024 | x | x | Big Flow Chart |
| 2 |  | 6/24/2024 | x | x | Small Flow Chart |
| 3 |  | 6/24/2024 | x | x | TDOC Certification Documentation |
| 4 |  | 6/24/2024 | x | x | TDOC Certification Documentation |
| 5 |  | 6/24/2024 | x | x | Arrest Warrant |
| x |  | 6/24/2024 |  |  | Witness #1- Ashley Robertson- JPD |
| 6 |  | 6/24/2024 | x | x | Photographs (Collective) |
| 7 |  | 6/24/2024 | x | x | CD |
| x |  | 6/24/2024 |  |  | Witness #2- Jeremy Pratt- THP |
| 8 |  | 6/24/2024 | x | x | Photograph (Lightning Bolts on Calves) |
| 9 |  | 6/24/2024 | x | x | Photographs (Collective) |
| 10 |  | 6/24/2024 | x | x | 9/23/13 Sentencing Document- ***SEALED*** |
| 11 |  | 6/24/2024 | x | x | CD (Jail Calls) |
| x |  | 6/24/2024 |  |  | Witness #3- Joe Walker |
| 12 |  | 6/24/2024 | x | x | Transcripts, CD's (Collective) |
| 13 |  | 6/24/2024 | x | x | Photographs (Collective) |
| 14 |  | 6/24/2024 | x | x | Photograph (Train Tattoo) |
| x |  | 6/24/2024 |  |  | Witness #4- Linda Smith- USPO |
| x |  | 6/24/2024 |  |  | Witness #5- Carrie Christian |
| x |  | 6/24/2024 |  |  | Witness #6- USM James Edge |
| 15 |  | 6/24/2024 | x | x | Booking Records |
| 16 |  | 6/24/2024 | x | x | Shelby Co. Records |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___2___ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | | vs. | | | JASON AUTRY | CASE NO. 1:20-cr-10063-STA |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| x | | 6/24/2024 | | | Witness #7- Bryant Allen | |
| x | | 6/24/2024 | | | Witness #8- Linda Kimbel | |
| 17 | | 6/24/2024 | x | x | Photographs (Collective) | |
| x | | 6/24/2024 | | | Witness #9- Joseph Frye | |
| 18 | | 6/24/2024 | x | x | Criminal Intelligence Submission Report | |
| 19 | | 6/24/2024 | x | x | Order | |
| x | | 6/24/2024 | | | Witness #10- Frank Kelsey | |
| 20 | | 6/24/2024 | x | x | Photograph- JA 379 | |

Page    2    of    2    Pages