# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

___

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JASON WAYNE AUTRY, ) <br> ) <br> Defendant. ) | Case No. 20-10063-STA |

___

## NOTICE OF APPEAL
___

COMES NOW, Mr. Jason Autry, by and through counsel, Attorney Kevin P. Whitmore, and files his Notice of Appeal.

Notice is hereby given that Jason Autry appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this action on June 24, 2024.

WHEREFORE, Mr. Autry respectfully files his Notice of Appeal.

                                      Respectfully submitted,

                                      */s/ Kevin P. Whitmore*
                                      Kevin P. Whitmore #021293
                                      Attorney Representative of
                                      LAST CHANCE LAW FIRM PLLC
                                      301 Washington Avenue, Suite 202
                                      Memphis, Tennessee 38103

(901) 461-1039
whitmore@lastchancelaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document has been served electronically on the government's representative/counsel via the Court's ECF system this 2nd day of June 2024.


                                                  */s/Kevin P. Whitmore*